### 16938. TOLAND *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; the evidence is sufficient to support the verdict, and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 12, 1926.

Conviction of manslaughter; from Jasper superior court—Judge Park. October 21, 1925.

*Clement & Campbell,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

---

### 16939. HENDERSON *v.* THE STATE.

BROYLES, C. J. While the evidence tending to connect the accused with the offense charged was circumstantial, this court can not say, as a matter of law, that the jury were not authorized to find that the evidence was sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt; and, the finding of the jury having been approved by the trial judge, and no error of law appearing, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.

Conviction of possessing liquor; from city court of Blackshear—Judge Mitchell. September 28, 1925.

*James R. Thomas & Son,* for plaintiff in error.

*S. Thomas Memory, solicitor,* contra.